### 6072. DENT v. THE STATE.

RUSSELL, C. J. There was no error in overruling the demurrer to the accusation, nor in refusing the motion for a new trial.

*Judgment affirmed.*

DECIDED SEPTEMBER 3, 1915.

Accusation of cheating and swindling; from city court of Dublin—Judge Hicks. October 19, 1914.

*S. P. New, T. P. Stephens,* for plaintiff in error.
*George B. Davis, solicitor,* contra.